**Order entered September 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00301-CR

**LADARIUS DELANE MCNEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80547-2015**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

these appeals **INSTANTER**.


/s/     DAVID L. BRIDGES
           JUSTICE